In the Matter of the Application of ROBERT KEENAN and Others, Respondents, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order granting petitioners' motion for a peremptory order of mandamus unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARY BOWERS, an Infant, etc., by Her Guardian ad Litem, MAY BOWERS, and WILLIAM BOWERS, Respondents, v. CITY BANK FARMERS TRUST COMPANY, Appellant, Impleaded with Another.— Order, so far as appealed from granting plaintiffs' motion for examination of defendant-appellant before trial as to item 8 of the notice of motion, unanimously reversed, with twenty dollars costs and disbursements, and the motion as to said item denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUISE G. VACCARO, as Administratrix, etc., of MICHAEL VACCARO, Deceased, Respondent, v. DEBORAH PARRAVACINO, Appellant, Impleaded with Another.— Appeal from order, as resettled, so far as it denies motion of the defendant-appellant to extend her time to answer the amended complaint until ten days after plaintiff shall have complied with the order of this court entered December 6, 1935 [246 App. Div. 693], which reversed an order denying said defendant's motion to require plaintiff to give security for costs and granted said motion, or until ten days after said order denying extension of time to answer shall be vacated or reversed. Also appeal from order denying said defendant's motion to resettle order of January 7, 1936, and granting leave to plaintiff to prosecute action as a poor person. Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer the amended complaint within five days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HELEN A. LENEHAN, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Plaintiff sued as beneficiary on a policy of accident insurance, issued by defendant to her husband, alleging that the latter had received accidental injuries resulting in his death on June 26, 1933. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

UNITED CHEMICAL & EXTERMINATING CO., INC., v. SECURITY EXTERMINATING CORP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

IDA H. COHEN v. M. KEIZER, INC., Impleaded with ADOLPH BRIEFF.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HEATING AND PLUMBING FINANCE CORPORATION v. PATRICK O'BOYLE and WINNIE H. O'BOYLE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.